STATE OF NEW JERSEY v. JERRY BROWN.

October 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER WILLIAMS.

October 24, 1988.

Petition for certification denied.

ELAINE WEISSMAN v. JONAS WEISSMAN.

October 24, 1988.

Petition for certification denied.

IN RE STATE COMMISSION OF INVESTIGATION
SUBPOENA NUMBER 5441.

October 24, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 461)